IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 14-00361-01-CR-W-DGK |
| MICHAEL DUANE MILLS, | ) |
| Defendant. | ) |

**MEMORANDUM OF MATTERS DISCUSSED AND**
**ACTION TAKEN AT PRETRIAL CONFERENCE**

Pursuant to the order of the Court en banc of the United States District Court for the Western District of Missouri, a pretrial conference was held in the above-entitled cause before me on March 18, 2015. Defendant Mills appeared by telephone; defense counsel Ronna Holloman-Hughes appeared in person. The United States of America appeared by Assistant United States Attorney Bruce Rhoades.

*I.  BACKGROUND*

On December 18, 2014, an indictment was returned charging Defendant with being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(a)(2), and one count of possession of a firearm during a drug trafficking crime, in violation of 18 U.S.C. §§ 924(c)(1)(A)(i).

The following matters were discussed and action taken during the pretrial conference:

*II.  TRIAL COUNSEL*

Mr. Rhoades announced that he will be the trial counsel for the government; Alison Dunning will assist.

Ms. Holloman-Hughes announced that she will be the trial counsel for Defendant Mills.

### III. OUTSTANDING MOTIONS

Defendant's motion to dismiss (Doc. No. 6) is currently pending.

### IV. TRIAL WITNESSES

Mr. Rhoades announced that the government intends to call 10 witnesses without during the trial.

Ms. Holloman-Hughes announced that Defendant Mills does not intend to call any witnesses during the trial. Defendant will not testify.

### V. TRIAL EXHIBITS

Mr. Rhoades announced that the government will offer approximately 8 exhibits in evidence during the trial.

Ms. Holloman-Hughes announced that Defendant Mills will not offer any exhibits in evidence during the trial.

### VI. DEFENSES

Ms. Holloman-Hughes announced that Defendant Mills will rely on the defense of general denial.

### VII. POSSIBLE DISPOSITION

Ms. Holloman-Hughes stated this case is definitely for trial.

### VIII. STIPULATIONS

Stipulations are not likely.

### IX. TRIAL TIME

Counsel were in agreement that this case will take 2 days to try.

## X. EXHIBIT LIST, VOIR DIRE AND INSTRUCTIONS

The U. S. Magistrate Judge ordered:

That, in addition to the requirements of the Stipulations and Orders filed March 16, 2015, counsel for each party file and serve a list of exhibits he/she intends to offer in evidence at the trial of this case on the form entitled Exhibit Index and have all available exhibits premarked using the stickers provided by the Clerk of Court by March 18, 2015.

That counsel for each party file and serve requested jury voir dire examination questions by or before noon, Wednesday, March 25, 2015;

That counsel for each party file and serve, in accordance with the requirements of Local Rule 51.1, requested jury instructions[1] by or before noon, Wednesday, March 25, 2015. Counsel are requested to provide proposed jury instructions in both hard copy form, as required by Local Rule 51.1, and by e-mail to the trial judge's courtroom deputy.

## XI. UNUSUAL QUESTIONS OF LAW

Motions in limine regarding Rule 404(b) evidence will likely be filed. There are no unusual questions of law.

## XII. TRIAL SETTING

All counsel and Defendant were informed that this case will be listed for trial on the joint criminal jury trial docket which commences on March 30, 2015.

*/s/ Robert E. Larsen*
ROBERT E. LARSEN
United States Magistrate Judge

Kansas City, Missouri
March 18, 2015
cc:  Mr. Kevin Lyon

---

[1] Counsel in all cases assigned to be tried before Judge Fernando Gaitan, Jr., as reflected in the trial letter, shall meet and prepare a packet of agreed proposed jury instructions to be submitted to Judge Gaitan and e-mailed to marylynn_shawver@mow.uscourts.gov and rhonda_enss@mow.uscourts.gov by March 27, 2015. To the extent there are disagreements to certain instructions, each attorney shall tab and submit his or her preference on those instructions. The instructions shall be listed in the order they are to be given.