# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 14-00361-01-CR-W-DGK |
| MICHAEL DUANE MILLS, | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court are Defendant's Motion to Dismiss for Statute of Limitations Violation (Doc. 6), the Government's opposition (Doc. 7), Defendant's reply suggestions in support (Doc. 19) and United States Magistrate Judge Robert E. Larsen's Report and Recommendation (Doc. 23).

After carefully reviewing the Magistrate's report and conducting an independent review of the record and applicable law, the Court hereby ORDERS that Magistrate Judge Maughmer's Report and Recommendation be ADOPTED. Defendant's Motion to Dismiss Indictment (Doc. 154) is hereby granted. The indictment returned on December 18, 2014 (Doc. 4) is dismissed in its entirety.

**IT IS SO ORDERED**

Date: March 24, 2015  /s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT